I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9-20-13

DEPUTY CLERK

JS6- Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
SEP 20 2013
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 20 2013
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN LESO FERNANDEZ,<br><br>Petitioner,<br><br>vs.<br><br>A.M. GONZALEZ, Warden,<br><br>Respondent. | Case No. EDCV 13-0551-DDP (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 9/17/2013

*/s/ Dean D. Pregerson*

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE