I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 9-20-13

DEPUTY CLERK

JS6 - Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOAQUIN LESO FERNANDEZ,

  Petitioner,

vs.

A.M. GONZALEZ, Warden,

  Respondent.

Case No. EDCV 13-0551-DDP (RNB)

**JUDGMENT**

  Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 9/17/2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE